PATRICIA L. McCABE
Law Offices of Patricia L. McCabe
California State Bar No. 156634
7100 Hayvenhurst Avenue, Suite 314
Van Nuys, CA 91406
Telephone: (818) 907-9726
Facsimile: (818) 907-6384
E-mail: PLMcCabe@aol.com

Attorney for Plaintiff,
Keith Masato Tamashiro

FILED
CLERK, U.S. DISTRICT COURT
JAN 10 2014
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Keith Masato Tamashiro,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,[1]<br>Acting Commissioner, Social Security<br><br>    Defendant. | Case No.: CV-12-10286-E<br><br>[proposed] ORDER FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA) AND COSTS<br><br>Judge: Hon. Charles Eick |

Based upon the parties' Stipulation for Award of Attorney's Fees Under the Equal Access to Justice Act and Costs (Stipulation), IT IS ORDERED that attorney fees be paid in the amount of Five Thousand Five Hundred Fifty and 00/100 Dollars ($5,550.00), pursuant to 28 U.S.C. § 2412(d), and costs be paid in the amount of Fifty-One and 81/100 Dollars ($51.81), pursuant to 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

Dated: 1/10/14

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).